Exhibit B

Rule 384 Motion



# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CAROLYN TAFT GROSBOLL
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, Illinois 60601-3103
(312) 793-1332
TDD: (312) 793-6185

January 4, 2012

Mr. Lloyd M. Cueto
Attorney at Law
7110 West Main Street
Belleville, IL 62223

          In Re:  Ivy v. Abbott Laboratories, Inc.
                  113615

Attn:

This office has received and filed as of January 3, 2012
the following in the above entitled cause:

_____  Petition for Leave to Appeal.
            _____  Motion for Extension of Time to File Petition.
            _____  Motion to File Petition Instanter.

_____  Notice of Appeal (docketing statement due within 14 days).

_____  Motion for Direct Appeal (Rule 302(b)).

_____  Motion for Supervisory Order (Rule 383).

_____  Motion for Mandamus (Rule 381).

___✗___  Motion for Consolidation (Rule 384).

Please include the Supreme Court case number in all
correspondence and documents.

## IN THE SUPREME COURT OF ILLINOIS

| | |
|---|---|
| EIYANA IVY, a minor, by RHEALYN ALEXANDER, individually as parent and next friend of Eiyana Ivy     )<br>)<br>)<br>)<br>**Plaintiffs,**     )<br>**v.**     )<br>)<br>**ABBOTT LABORATORIES, INC.,**     )<br>)<br>**Defendant.**     ) | **Case No.** |

## MOTION TO CONSOLIDATE AND TRANSFER PURSUANT TO SUPREME COURT RULE 384

Pursuant to Supreme Court Rule 384, Plaintiffs, Eiyana Ivy, a minor, by Rhealyn Alexander, the minor's parent and next friend, respectfully move to transfer the nine pending Depakote® and Depakote® ER ("Depakote") products liability cases, as well as future Depakote cases, to the Circuit Court of St. Clair County for consolidated proceedings.

As explained more fully in the attached Memorandum in Support of Motion to Consolidate and Transfer Pursuant to Supreme Court Rule 384, a consolidation of these actions in the Twentieth Judicial Circuit Court is warranted, as follows:

1.  The nine lawsuits identified in the attached Appendix of Actions ("Depakote Cases") are pending in St. Clair County (five cases), adjacent Madison County (one cases), and Cook County (three cases). Plaintiffs brought each of these suits against Defendant, Abbott Laboratories, Inc. ("Abbott"), for injuries resulting from Abbott's prescription drug Depakote. The Depakote Cases present common questions of fact concerning Abbott's development, testing,

manufacturing, and marketing of Depakote, as well as the common questions of law regarding Abbott's liability for same.

2. Consolidation will eliminate duplicative discovery and pretrial litigation, prevent inconsistent pretrial and trial rulings, and thereby promote judicial efficiency. Further, consolidation will serve the serve the convenience of the parties and witnesses by allowing the parties to coordinate document discovery and a single set of depositions of the key witnesses.

3. The Circuit Court of St. Clair County is the most appropriate forum for consolidation. The first-filed of the Depakote Cases was filed there on August 17, 2010. Additionally, the majority of the Depakote Cases are currently pending in St. Clair County before Judge Andrew J. Gleeson; therefore, the Twentieth Judicial Circuit Court is familiar with the cases and their issues, and has already spent considerable time and effort on planning and scheduling discovery and hearing motions. Combined with the Madison County case adjacent to St. Clair County, a full two thirds of the pending Depakote Cases are in or near St. Clair County.

WHEREFORE, Plaintiffs respectfully request the Court to issue an Order transferring all the Depakote Cases listed in the accompanying Appendix of Actions, as well as subsequently filed related actions, to the Circuit Court of St. Clair County for consolidated proceedings against Defendant, Abbott Laboratories, Inc.

Respectfully submitted,

Lloyd M. Cueto, IL 06292629
LAW OFFICE OF LLOYD M. CUETO
7110 West Main Street
Belleville, IL 62223
Phone: (618) 277-1554
Facsimile: (618) 277-0962

Christopher Cueto, #06192248
LAW OFFICE OF CHRISTOPHER CUETO, LTD.
7110 West Main Street
Belleville, IL 62223
Phone: (618) 277-1554
Fax: (618) 277-0962

Robert L. Salim, Bar #11663
ATTORNEY AT LAW
1901 Texas Street
Natchitoches, LA 71457
Phone: (318) 352-5999
Fax: (318) 352-5998

Ralph D. McBride
Douglas A. Daniels
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Phone: (713) 223-2300
Fax: (713) 221-1212

Kenneth T. Fibich
FIBICH HAMPTON LEEBRON
BRIGGS & JOSEPHSON, LLP
1150 Bissonnet
Houston, TX 77005
Phone: (713) 751-0025
Fax: (713) 751-0030

Jeffrey D. Meyer
THE MEYER LAW FIRM, P.C.
510 Bering, Suite 300
Houston, Texas 77057
Phone: (713) 974-4100
Fax: (713) 974-0225

3

William M. Audet
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Phone: (415) 568-2555
Fax: (415) 568-2556

John T. Boundas, #06236743
WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Fax: (713) 643-6226

ATTORNEYS FOR PLAINTIFFS